No. 299. UNITED STATES *v.* EDENS ET AL., TRUSTEES. C. A. 4th Cir. Certiorari granted. *Solicitor General Perlman* for the United States. *Henry Hammer* for respondents.

No. 300. UNITED STATES *v.* GENERAL ENGINEERING & MANUFACTURING Co. C. A. 8th Cir. Certiorari granted. *Solicitor General Perlman* for the United States. *George C. Willson* for respondent.

No. 305. CITIES SERVICE Co. ET AL. *v.* McGRATH, ATTORNEY GENERAL, SUCCESSOR TO THE ALIEN PROPERTY CUSTODIAN. C. A. 2d Cir. Certiorari granted. *Timothy N. Pfeiffer* and *Theodore N. Johnsen* for petitioners. *Solicitor General Perlman, Assistant Attorney General Baynton, Stanley M. Silverberg* and *George B. Searls* for respondent.

No. 329. MULLANEY, COMMISSIONER OF TAXATION, *v.* ANDERSON ET AL. C. A. 9th Cir. Certiorari granted. *J. Gerald Williams,* Attorney General of Alaska, *John H. Dimond,* Assistant Attorney General, and *Harold J. Butcher,* Special Assistant Attorney General, for petitioner.

No. 331. FRISBIE, WARDEN, *v.* COLLINS. C. A. 6th Cir. Certiorari granted. *Frank G. Millard,* Attorney General of Michigan, and *Edmund E. Shepherd,* Solicitor General, for petitioner.

No. 82, Misc. MADSEN *v.* KINSELLA, WARDEN. C. A. 4th Cir. Certiorari granted. *Joseph S. Robinson, Dayton M. Harrington* and *James D. Graham, Jr.* for petitioner. *Solicitor General Perlman, Assistant Attorney*